United States district court for the Western District of Michigan

**FILED - GR**

July 22, 2026 12:22 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM   SCANNED BY: AR ../ 7 22

*Complaint*

**1:26-cv-2135**
**Paul L. Maloney- U.S. District Judge**
**Ray Kent - Magistrate Judge**

Matt Garcia

vs.

Rowan Wilson, Michael Rosenthal, Vanessa Fang, Kevin McClanahan

Defendants have undisclosed interests.

The court should order them to disclose.

Matt Garcia

Matt Garcia
231 Lockwood Dr
Charleston, SC 29409

GRAND RAPIDS MI  493

20 JUL 2026   AM 2  L

Freedom
250



UNITED STATES
OF AMERICA

FOREVER/USA

U.S. District Court Clerk's Office
110 Michigan St NW
Grand Rapids MI 49503

49503-230099